UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK A. CANNAVAN,<br>Plaintiff,<br>v.<br>NEWSOM, *et al.*<br>Defendants. | No. 1:26-cv-06034-KES EPG (PC)<br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION AS DUPLICATIVE<br>Doc. 10 |

Plaintiff Patrick A. Cannavan is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C 1983. Docs. 1. The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 5, 2026, the assigned magistrate judge issued findings and recommendations to dismiss this action as duplicative. Doc. 10. The Court advised plaintiff that any objections to these findings and recommendations were due within thirty (30) days of service. Plaintiff filed timely objections on August 14, 2026. Doc.11.

In accordance with 28 U.S.C. § 636(b)(1), the Court has conducted a de novo review. Having carefully reviewed the matter, the Court concludes the findings and recommendations are supported by the record and by proper analysis. In his objections, plaintiff recites allegations found in the operative complaint but fails to indicate why this action is not duplicative of *Cannavan v. Newsom*, et al., Case No. 1:26-cv-05670-FJS. The court agrees with the finding that

this action is duplicative.

Accordingly:

1. The findings and recommendations issued on August 5, 2026 (Doc. 10) are ADOPTED in full.
2. This action be dismissed as duplicative.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: August 30, 2026

UNITED STATES DISTRICT JUDGE